R# 128661
J# 10121

FILED
2010 JUL -9 PM 4:40

CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

In re:  HUBBARD, STANLEY B      Case No. 08-32772
        KIRK, LORETTA L

Judge Richard L. Speer

### REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| David J Witt DPM | 4888 Whiteford Rd., Toledo, OH 43623 | $4.84 |

Check for $4.84 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

                      /s/ Ericka Parker
                      Ericka S. Parker, Trustee

Dated: 7/7/10

Cc:
Office of the U.S. Trustee